UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 5:16-CR-188-2H

DERRICK AMIR JARROD WIGGINS  ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 21, 2017 be turned over to Special Agent Larry Houpe, FBI Task Force, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 9 | Counterfeit money |
| 10 | Counterfeit money |

This 21st day of February, 2017.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____