# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

DERRICK AMIR JARROD WIGGINS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:16-CR-188-2H

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

Hon. Malcolm J. Howard, Senior US District Judge
Name and Title of Judge

February 23, 2017
Date